# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1710
Lower Tribunal No. 19-7212
_____

**Judith Dominguez,**
Appellant,

vs.

**Howard Gonzalez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Reizenstein & Associates, PA, and Philip L. Reizenstein and Bhakti R. Kadiwar, for appellant.

No appearance, for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. §742.18 (1), (3), Fla. Stat. (2021).